UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOZA, INC., ET AL.,   Case No. 10-11865

       Plaintiffs,   SENIOR UNITED STATES
         DISTRICT JUDGE
v.   ARTHUR J. TARNOW

BRASSEUR, INC., ET AL.,

       Defendants.
_____/

# ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [107]

On July 31, 2012, Magistrate Judge Whalen issued a Report and Recommendation [97] that Plaintiffs' Motion for Award of Damages Pursuant to Default Judgment [73] should be granted. No objection to the Report and Recommendation was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Award of Damages Pursuant to Default Judgment [73] is **GRANTED**.

**SO ORDERED**.

                                                              s/Arthur J. Tarnow
                                                              ARTHUR J. TARNOW
                                                              SENIOR U.S. DISTRICT JUDGE

Dated: August 28, 2012